**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CORNELIUS BROCKENBOROUGH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-3006** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |

# ORDER

**AND NOW**, this 30th day of October 2026, upon careful and independent review of the Petition for writ of habeas corpus from a state court conviction under 28 U.S.C. § 2254 (ECF 2), Petitioner's pro se stay and abeyance Motion (ECF 7), Respondent's Response (ECF 23), Petitioner's pro se reply Motion (ECF 30), Petitioner's amended Petition for writ of habeas corpus (ECF 39), Petitioner's Memorandum of law in support of habeas corpus Petition (ECF 52), Petitioner's Amended Petition for writ of habeas corpus (ECF 53), Judge Hey's exhaustive Report recommending we deny the Petition (ECF 70), Petitioner's Objections (ECF 73), Respondent's response to Petitioner's Objections (ECF 78), and Petitioner's Reply (ECF 81), finding no merit in the Objections largely repeating arguments presented to Judge Hey by way of disagreement with her findings, having studied all documents in the record including relating to the objections on a de novo standard of review, and for good cause as more fully described in today's accompanying memorandum, it is **ORDERED** we:

1. **OVERRULE** Petitioner's Objections (ECF 73);

2. **APPROVE AND ADOPT** Judge Hey's comprehensive Report and Recommendation (ECF 70);

3. **DISMISS** and **DENY** the Petition for writ of habeas corpus (ECFs 2, 7, 15, 30) with prejudice;

4. **DENY** a certificate of appealability; and,

5. **DIRECT** the Clerk of the Court **close** this case.

**KEARNEY, J.**